UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.                                              No. 14-cr-206(2) (JNE/JJK)
                                                ORDER

Latese Capree Hudson,

        Defendant.

---

      This case is before the Court on a Report and Recommendation, ECF No. 55, in which the United States Magistrate Judge recommends that Defendant Latese Capree Hudson's Motion to Suppress Physical Evidence, ECF No. 42, be denied.  Hudson did not object, and after conducting a de novo review of the record, the Court now adopts the Report and Recommendation.

      Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendant Hudson's Motion to Suppress Physical Evidence [ECF No. 42] is DENIED.

Dated: September 2, 2014                                  s/Joan N. Ericksen
                                                              JOAN N. ERICKSEN
                                                              United States District Judge